```
1  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN: 114822)
2  Christian J. Rowley (SBN: 187293)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendants
   CARRIAGE SERVICES, INC.,
6  and ROLLING HILLS MEMORIAL PARK
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE LIGHTHALL, an individual and DIONNE MORGAN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CARRIAGE SERVICES, INC., a Texas corporation, and ROLLING HILLS MEMORIAL PARK, a California corporation,<br><br>Defendants. | Case No. C 04-0475 JSW<br><br>**DEFENDANTS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Jeffrey S. White<br>CMC: July 1, 2005, 1:30 p.m. |

Defendants respectfully request continuance of Case Management Conference scheduled for July 1, 2005 in the above referenced matter. <u>Defendants understand and believe, based on discussions with Plaintiff's counsel, that this request is joint and unopposed, but has not been able to contact Plaintiff's counsel to confirm formally his agreement to the form of this Motion.</u> This request is based on the following:

1. The parties mediated this case with Magistrate LaPorte on May 26, 2005, and entered into a binding and fairly detailed settlement agreement on the record. The Agreement contemplated that the parties would further memorialize their settlement in a written document.

11

2. The parties have been negotiating the language of that written document and believe that they are nearly at an agreement. Defendants further believe that the parties will be able to submit a request for dismissal within thirty (30) days or less.

3. The parties believe that a case management conference at this point would be an unnecessary use of the Court's and parties' time.

Based on the foregoing, Defendants respectfully asks the Court to continue the case management conference in this matter, with the parties to submit a request for dismissal within thirty (30) days.

DATED: June 28, 2005

SEYFARTH SHAW LLP

By _____
Christian J. Rowley

Attorneys for Defendants
CARRIAGE SERVICES, INC., AND
ROLLING HILLS MEMORIAL PARK

22

DEFENDANTS' REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER, Case No. C04-0475 JSW

## CASE MANAGEMENT ORDER

The Court hereby grants the Defendants' Request for Continuance of the Case Management Conference in the above referenced matter and further orders the parties to submit a request for dismissal within thirty (30) days of this Order.

Dated __June 29__, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge

33

DEFENDANTS' REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER, Case No. C04-0475 JSW
SF1 28191693.4 / 25337-000008