**Omar Krashna, Esq. (# 214567)**
**KRASHNA LAW FIRM**
1440 Broadway Ave., Suite 308
Oakland, California 94612
510.836.2999(ph)
510.836.2900(fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GALE LIGHTHALL**, an individual, and **DIONNE MORGAN**, an individual<br><br>Plaintiffs,<br>vs.<br><br>**CARRIAGE SERVICES INC.**, a Texas Corporation and **ROLLING HILLS MEMORIAL PARK**, a California Corporation;<br>Defendants | Case No.: **USDC ND 04-0475**<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND (PROPOSED) ORDER**<br><br>JUDGE JEFFREY S. WHITE |

TO THE COURT and ALL PARTIES:

Plaintiffs hereby respectfully request that the above-entitled matter be dismissed with prejudice. The case has been settled.

**Date of settlement:** May 26, 2005 (before Magistrate Judge Elizabeth D. Laporte)

**Date initial pleading filed:** February 3, 2004

**Trial Date:** December 6, 2005

///

///

*Case No.:* USDC ND 04-0475     - 1 -     REQUEST FOR DISMISSAL
*KRASHNA LAW FIRM*

| | |
|---|---|
| Dated: July 29, 2005 | KRASHNA LAW FIRM |

                                                                /S/
                                           Omar Krashna
                                           Attorney for Plaintiffs

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Approved as to form:

SEYFARTH SHAW LLP

    /S/
Christian J. Rowley

Attorney for Defendants
CARRIAGE SERVICES, INC., AND
ROLLING HILLS MEMORIAL PARK

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

*Case No.:* USDC ND 04-0475        - 2 -        REQUEST FOR DISMISSAL

*KRASHNA LAW FIRM*

1 <u>DISMISSAL ORDER</u>

2 The Court hereby grants Plaintiffs' Request for Dismissal, with prejudice, in the above-
3 entitled matter. The case is hereby dismissed.

4 SO ORDERED:

6 Dated_____August 1_____, 2005

7 /s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Court Judge

*Case No.:* USDC ND 04-0475    - 3 -    REQUEST FOR DISMISSAL
*KRASHNA LAW FIRM*